■ In the Matter of the Estate of GOTHLIEB KITTELBERGER, Deceased. GLADYS JUDD et al., Appellants; CENTRAL TRUST COMPANY, ROCHESTER, NEW YORK, et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Monroe Surrogate's Court denying motion by appellants Judd for the dismissal of a petition by the Central Trust Co. as executor and trustee for approval of a contract to sell stock.)  Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern JJ.

■ GULF OIL CORPORATION, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 33425.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for damages for appropriation of realty by State.)  Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ ARLEENE V. SULLIVAN et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 34381.) — Judgment affirmed, with costs to claimants. All concur. (Cross appeals from a judgment of the Court of Claims for claimants for damages for permanent appropriation of realty.)  Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern JJ.